IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVIVSION

JAMES COY COLE                                              PLAINTIFF

v.                    No. 4:17-cv-766-DPM

CODY FERGERSON, Detective, Prescott
Police Department; and ALEX GAMBLE,
Officer, Prescott Police Department                         DEFENDANTS

## ORDER

Cole filed this *pro se* § 1983 lawsuit against two Prescott Police Department employees about events that allegedly occurred in Nevada County, Arkansas. № 1. Venue is proper in the Western District of Arkansas; and the interests of justice would be best served by transferring this case there. 28 U.S.C. §§ 1391(b)(1)–(2) & 1406(a). This case is therefore transferred to the United States District Court for the Western District of Arkansas, Texarkana Division. The transfer is immediate because the receiving Court is in the Eighth Circuit too. *Cf. In re Nine Mile Limited*, 673 F.2d 242 (8th Cir. 1982).

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

30 November 2017